Robert W. Novasky, WSBA #21682
Paul S. Smith, WSBA #28099
FORSBERG & UMLAUF, P.S.
1102 Broadway, Suite 1400
Tacoma, WA 98402
Phone: (206) 689-8500
rnovasky@foum.law
psmith@foum.law
Attorneys for Defendants

**Honorable Rosanna Malouf Peterson**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| PIERRE BUSTANOBY, an individual, and JENNIFER HOPKINS, an individual,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>PRESERVER TRANS LLC, a foreign corporation; REHMAN HAYAT and JANE DOE HAYAT, individually and on behalf of the marital community comprised thereof; and JOHN and JANE DOES 1-25,<br><br>　　　　Defendants. | No. 2:20-cv-00200-RMP<br><br>**NOTICE OF APPEARANCE**<br><br>**[CLERKS ACTION REQUIRED]** |

　　　TO:　The Clerk of the Court;

　　　AND TO:　All Parties and their Attorneys of Record:

NOTICE OF APPEARANCE – 1
Case No.: 2:20-cv-00200-RMP

1  PLEASE TAKE NOTICE that Robert W. Novasky, Forsberg & Umlauf,
2  P.S. hereby appears as counsel for Defendant PRESERVER TRANS LLC,
3  REHMAN HAYAT and JANE DOE HAYAT. Paul S. Smith will remain counsel
4  of record.

FORSBERG & UMLAUF, P.S.

By: *s/ Robert W. Novasky*
    Robert W. Novasky, WSBA #21682

By: *s/ Paul S. Smith*
    Paul S. Smith, WSBA #28099

FORSBERG & UMLAUF, P.S.
1102 Broadway, Suite 1400
Tacoma, WA 98402
Telephone: (206) 689-8500
Fax: (206) 689-8501
E-mail: RNovasky@FoUm.law
E-mail: Psmith@FoUm.law
*Attorneys for Defendants Hayat*
*and Preserver Trans LLC*

NOTICE OF APPEARANCE – 2
Case No.: 2:20-cv-00200-RMP

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
1102 BROADWAY • SUITE 510
TACOMA, WASHINGTON 98402
(253) 572-4200 • (253) 627-8408 FAX

**CERTIFICATE OF SERVICE**

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing **NOTICE OF APPEARANCE** on the following individuals in the manner indicated:

Mr. James E. Banks
Banks Law Office
100 S. King St., Se. 100-719
Seattle, WA  98104
(  ) Via U.S. Mail
(  ) Via Facsimile
(  ) Via Hand Delivery
(XX) Via ECF

**SIGNED** this 5th day of March, 2021, at Seattle, Washington.

*/s/ Karie E. Gill*
Karie E. Gill

NOTICE OF APPEARANCE – 3
Case No.:  2:20-cv-00200-RMP

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
1102 BROADWAY • SUITE 510
TACOMA, WASHINGTON  98402
(253) 572-4200 • (253) 627-8408 FAX