AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 13, 2021

SEAN F. McAVOY, CLERK

PIERRE BUSTANOBY, an individual; and
JENNIFER HOPKINS, an individual,
*Plaintiff*
v.
PRESERVER TRANS, LLC, a foreign corporation;
REHMAN HAYAT and JANE DOE HAYAT,
individually and on behalf of the marital community
comprised thereof; and JOHN and JANE DOES 1-25,
*Defendant*

Civil Action No.  2:20-CV-200-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The Stipulated Motion to Dismiss with Prejudice, ECF No. 19, is GRANTED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosanna Malouf Peterson  on Stipulated Motion to Dismiss with Prejudice.

Date:  September 13, 2021

CLERK OF COURT

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*
Sara Gore