AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 04, 2022**

SEAN F. McAVOY, CLERK

PIERRE BUSTANOBY, an individual;
and JENNIFER HOPKINS, an individual,

*Plaintiff*

v.

PRESERVER TRANS, LLC, a foreign corporation;
REHMAN HAYAT and JANE DOE HAYAT,
individually and on behalf of the marital community
comprised thereof; and JOHN and JANE DOES 1-25,

*Defendant*

Civil Action No. 2:20-CV-200-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion to Enforce Judgment and Issue Sanctions, ECF No. 22, is GRANTED IN PART AND DENIED IN PART. Plaintiffs are awarded judgment against Defendants Preserver Trans LLC and Rehman Hayat, jointly and severally, in the amount of $6,076.25 for prejudgment interest. Upon entry of this final judgment, interest shall accrue on Defendants' total unpaid balance at the statutory rate for federal judgments according to 28 U.S.C. § 1961 (1.135% based on the weekly average of February 22, 2022 – February 25, 2022). Plaintiffs' request for attorney's fees and paralegal fees is denied.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson _____ Plaintiff's Motion to Enforce Judgment and Issue Sanctions.

Date: March 4, 2022

CLERK OF COURT

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*
Sara Gore